**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 27, 2026

Ms. Sarah A. Buckley
Natural Resources Defense Council
1152 15th Street, N.W.
Suite 300
Washington, DC 20005

Ms. Priyam B. Desai
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Mr. Jeffrey Hammons
Clean Air Task Force
114 State Street
6th Floor
Boston, MA 02109

Ms. Sonya Shea
U.S. Department of Justice
Environmental and Natural Resources Division
999 18th Street
Suite 600 North Terrace
Denver, CO 80202

Mr. Thomas David Zimpleman
Natural Resources Defense Council
1152 15th Street, N.W.
Suite 300
Washington, DC 20005

Re: Case No. 26-3781
*Natural Resources Defense Council, Inc., et al v. EPA*
Originating Case No. EPA-R05-OAR-2025-3654

Dear Counsel,

This case has been docketed as number **26-3781** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **September 10, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

Petitioner: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Respondent: Appearance of Counsel

These deadlines are important - if the initial case opening items are not timely filed, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette
Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3781**

NATURAL RESOURCES DEFENSE COUNCIL, INC.; OHIO ENVIRONMENTAL COUNCIL; SIERRA CLUB

Petitioners

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Respondent