UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.**<br><br>**Petitioners,**<br><br>**v.**<br><br>**ENVIRONMENTAL PROTECTION AGENCY,**<br><br>**Respondent.** | **Case No. 26-3781** |

## RESPONDENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE CERTIFIED INDEX BY TEN DAYS

Respondent Environmental Protection Agency (EPA) moves for an extension of time to file the Certified Index to the Administrative Record in this case and is simultaneously moving for an identical extension in related cases 26-3769 and 3770. No party or movant-intervenor opposes this motion. In support of the extension, EPA states as follows:

1. In this case, the petitioners challenged an EPA rule issued under the Clean Air Act. *Redesignation of the Cleveland, OH Area to Attainment of the 2015 Ozone Standard* (the "Redesignation Rule"), 91 Fed. Reg. 39019 (June 29, 2026) (Case No. 26-3781).

2. Case 26-3781 challenges the Redesignation Rule. The Certified Index to the Administrative Record in this case is currently due on October 6, 2026. *See* Fed. R. App. P. 17(a).

3. EPA Staff in EPA Region V are responsible for maintaining the administrative record for this action and for the actions challenged in the related cases.

EPA staff are working diligently to compile the record and prepare the index for these cases. However, the team responsible for this work needs additional time due to unavoidable extended leave. To ensure that the index correctly reflects the record for these cases, a modest extension is necessary from the current filing deadlines. EPA is also seeking an extension in related cases 26-3769 and 26-3770 that would align with this extension.

4. EPA therefore seeks a modest 10-day extension of time to Friday, October 16, to file the Certified Index to the Administrative Record in this case. This minor delay will not prejudice any party; indeed, no party or movant-intervenor opposes this relief.

5. This motion is made in good faith so that justice may be done, and not for purposes of delay.

For these reasons, the Court should grant this motion in this case and extend the deadline for the Certified Index to the Administrative Record to October 16, 2026.

Respectfully submitted this September 25, 2026,

*/s/ Daniel J. Martin*
DANIEL J. MARTIN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Daniel J. Martin*