**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., OHIO ENVIRONMENTAL COUNCIL, AND SIERRA CLUB,<br><br>Petitioners,<br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | Case No. 26-3781 |

# PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF OPENING BRIEF DEADLINE TO DECEMBER 4, 2026, AND FOR DEFERRED APPENDIX SCHEDULE

Under Federal Rule of Appellate Procedure 26(b), Petitioners respectfully move to extend their opening brief deadline from November 25 to December 4, 2026. Respondent EPA recently filed an opposed motion for abeyance on November 12, 2026, ECF No. 26 – less than two weeks before Petitioners' opening brief is currently due on November 25, 2026 – thus requiring Petitioners to prepare an opposition to that motion while simultaneously preparing their merits brief.

Petitioners' modest nine-day extension request will provide the additional time necessary to complete both filings. Petitioners also request an additional modification to the briefing schedule because the parties intend to proceed with a deferred appendix under Federal Rule of Appellate Procedure 30(c). Under this

proposed modification, the parties' deferred appendix will be due within 14 days of the filing of Petitioners' reply brief, and the parties' final briefs will be due within 7 days of the filing of the deferred appendix.

Petitioners have conferred with counsel for Respondent EPA and Respondent-Intervenor State of Ohio, and neither party opposes this motion.

In support of this unopposed motion, Petitioners state as follows:

1. On June 29, 2026, EPA issued the final action challenged in this case, approving Ohio's request to redesignate the Cleveland area from "nonattainment" to "attainment" under the Clean Air Act's ozone program. 91 Fed. Reg. 39019 (June 29, 2026) ("Redesignation Rule").

2. On August 27, 2026, Petitioners filed the instant petition for review, challenging the legality of the Redesignation Rule.

3. On October 16, 2026, this Court issued a briefing schedule with Petitioners' opening brief due on November 25, 2026, and Respondent EPA's answering brief due December 28, 2026.

4. On November 12, 2026, EPA filed an opposed motion for abeyance. Under Federal Rule of Appellate Procedure 27(a)(3), Petitioners' opposition is due November 23, 2026.

5. Petitioners intend to file their opposition to EPA's motion for abeyance expeditiously to give the Court additional time to rule on EPA's motion before Petitioners' opening brief is due.

6. Preparing Petitioners' opposition to EPA's motion for abeyance requires them to devote additional time and resources that otherwise would be dedicated to their opening brief.

7. Petitioners therefore request a modest nine-day extension, to December 4, 2026, to adequately prepare their opening brief.

8. Petitioners' requested nine-day extension will not prejudice any party.

9. This motion is made in good faith and not for purposes of delay.

10. If this motion is granted, Petitioners hope that the nine-day extension will provide the Court sufficient time to rule on EPA's pending motion for abeyance before December 4, 2026, before Petitioners' opening brief is due.

11. No party opposes the nine-day extension.

12. Therefore, "good cause" exists to extend Petitioners' opening brief deadline to December 4, 2026.

13. Petitioners also intend, as part of their opening brief, to proceed with a deferred appendix under Federal Rule of Appellate Procedure 30(c). Petitioners seek permission to file the deferred appendix within 14 days of filing their reply

brief in this case, with final briefs due 7 days from the filing of the deferred appendix. No party opposes this request.

14. Accordingly, Petitioners respectfully request that the Court extend their opening brief deadline to December 4, 2026, and permit a deferred appendix under Federal Rule of Appellate Procedure 30(c).

Dated: November 17, 2026

Respectfully Submitted,

/s/Thomas Zimpleman
Thomas Zimpleman
Abirami Vijayan
Sarah Buckley
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington, DC 20005
tzimpleman@nrdc.org
avijayan@nrdc.org
sbuckley@nrdc.org
(202) 513-6244 (Zimpleman)

*Attorneys for Natural Resources Defense Council*

/s/Jeffrey Hammons (with permission)
Jeffrey Hammons
Hayden Hashimoto
Rachel J. Swanteson-Franz
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
jhammons@catf.us
hhashimoto@catf.us
rfranz@catf.us
(771) 241-6481 (Hammons)

*Attorneys for Petitioner the Ohio Environmental Council*

/s/Priyam Desai (with permission)
Priyam Desai
Elena Saxonhouse
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
priyam.desai@sierraclub.org
elena.saxonhouse@sierraclub.org
(415) 294-0910 (Desai)

*Attorneys for Sierra Club*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed R. App. P. 32 (f) and (g), I hereby certify that the foregoing motion complies with the limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 541 words, excluding exempted portions, according to the count of Microsoft Word. I further certify that the motion complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman font.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Thomas Zimpleman*
Thomas Zimpleman

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 17, 2026

Respectfully submitted,

*/s/Thomas Zimpleman*
Thomas Zimpleman